# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **AMERICAN ALLIANCE FOR EQUAL RIGHTS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNIVERSITY OF TEXAS AT AUSTIN, et al.,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 1:25-cv-00596** |

**<u>DECLARATION OF DR. TIA C. MADKINS</u>**

Pursuant to 28 U.S.C. § 1746, Tia C. Madkins, Ph.D., submits her declaration (this "Declaration") in support of Defendant's 12(b)(1) Motion for Partial Dismissal, being submitted herewith (the "Motion"). Capitalized terms used herein and not otherwise defined shall have the same meaning assigned to them in the Motion.

Dr. Madkins declares and states as follows:

1. My name is Tia C. Madkins. I am over eighteen (18) years of age and am competent to testify in this matter. I am making this Declaration based upon facts and information within my personal knowledge.

2. I am an Associate Professor in the Department of Curriculum and Instruction, within the College of Education at The University of Texas at Austin ("UT Austin").

3. My academic research focuses on humanizing research to examine equity-focused teaching and learning in Science, Technology, Engineering, and Mathematics ("STEM") fields in educational environments from pre-kindergarten through graduate-level postsecondary education across urban contexts, with a focus on Black girls. I have published extensively in this area of research, with nearly 30 peer-reviewed articles and book chapters published in this area over the last decade. I

also teach a course entitled Equity in STEM Education, as well as other courses in the College. A copy of my current curriculum vitae is attached as Exhibit 1.

4. I am on the leadership team for a collaborative research project spanning six higher education institutions to use mosaic ethnography and focus group interviews to better understand the differing ethnic, geographical, and cultural identities that may inform self-identifying Black undergraduates' experiences within STEM fields (the "Joint Research Project"). UT Austin is one of six different higher education institutions participating in this Joint Research Project.

5. As part of the Joint Research Project, Dr. Yasmiyn Irizarry and I submitted a grant application to the National Science Foundation ("NSF") requesting funding to conduct research in Texas examining the ways differing ethnic, geographical, and cultural identities may inform Black undergraduates' experience in STEM education (the "UT Study"). The NSF approved this application and issued funding to conduct the UT Study at UT Austin—NSF award abstract #2140904 (the "Award"). The Award was made on or about August 23, 2022, with work beginning as early as September 1, 2022. I am the Principal Investigator on the Award.

6. From September 1, 2022, through April 12, 2025, as part of the UT Study, my colleagues at UT Austin and I invited undergraduate students who were enrolled as full-time students at Texas universities, identified as Black, and were in a STEM field to participate in focus groups regarding their experiences. Students could be considered to participate in the focus group by filling out a brief online eligibility survey, which asked whether they met these characteristics. In exchange for participating in the focus group, the students would receive a $40 gift card paid from the Award after completing the focus group interview.

7. On or about April 18, 2025, the NSF informed Daniel Jaffe, who was Vice President for Research at UT Austin at the time, that the NSF was terminating certain awards, including the Award, because the agency had "determined that termination of certain awards is necessary because

they are not in alignment with current NSF priorities." The NSF informed Vice President Jaffee that the termination was effective immediately and that the termination was the final agency decision and not subject to appeal. As the NSF's termination of the Award required my colleagues and I to end all work that was funded by the Award, including issuing gift cards for study participation, we did not continue a) reviewing completed or soliciting new eligibility surveys; or b) conducting focus groups to gather data for the UT Study.

8. As of April 12, 2025, we had gathered data from 123 Black STEM students via focus groups conducted pursuant to the Award. We intended to conduct additional focus groups. However, due to the NSF's termination of the Award on April 18, 2025, my colleagues at UT Austin and I stopped sending out additional eligibility surveys or conducting any further focus groups in connection with the Study. We will not be conducting any further focus groups, either from Black STEM students or from any other students, in connection with the Study.

9. My colleagues at UT Austin and I plan to produce academic and scholarly work products, such as writing and publication of scholarly articles and related materials, based on analysis of data collected through focus groups prior to the termination of the Award.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 12, 2025, in Travis County, Texas.

Tia C. Madkins, Ph.D.
Associate Professor, College of Education
The University of Texas at Austin

# Exhibit 1

**Tia C. Madkins, Ph.D.**
1912 Speedway Stop D5500, Austin, Texas 78712-1293

## EDUCATION

| | |
|---|---|
| Ph.D., Education, University of California, Berkeley, Berkeley, CA | 2016 |
| M.S. Ed., Science Education, University of Southern California, Los Angeles, CA | 2002 |
| B.S., Biology, Boston University, Boston, MA | 2000 |

## PROFESSIONAL APPOINTMENTS

| | |
|---|---|
| Associate Professor, Department of Curriculum & Instruction, The University of Texas at Austin | 2025 – |
| Assistant Professor, Department of Curriculum & Instruction, | 2018 – 2025 |
| Faculty Research Affiliate, Texas Center for Equity Promotion | 2021 - Present |
| Faculty Research Affiliate, Center for the Study of Race and Democracy | 2020 - Present |
| Faculty Research Affiliate, Population Research Center | 2019 - Present |
| Honorary Assistant Professor, Teachers College, Columbia University | 2019 - 2024 |
| Inaugural Visiting Postdoctoral Scholar, Spencer Foundation, Chicago, IL | Fall 2017 |
| Postdoctoral Scholar, Notre Dame Center for STEM Education, Notre Dame, IN | 2016 - 2017 |

## PUBLICATIONS

**Peer-Reviewed Journal Articles (Including Accepted and In Press)**

Nxumalo, F., **Madkins, T. C.**, & Ndwandwe, J. (In Press). Climate action in an Eswatini community: (Re)storying intergenerational pedagogical gatherings. Invited submission for an inaugural special section on post-qualitative inquiry in *Comparative Education Review*.

**Madkins, T. C.**, & Howard, N. R. (Accepted). Disrupting the status quo in K-8 computer science education: Supporting teachers' equity-focused praxis. *Policy Futures in Education*.

ka Canham, H., Bam-Hutchison, J., Craig, J. P., Nxumalo, F., & **Madkins, T. C.** (2025). Insisting on relation: Hugo ka Canham & June Bam-Hutchison in conversation. *Educational Philosophy and Theory*, 1-13. https://doi.org/10.1080/00131857.2025.2548536

Kayumova, S., *Harper, A.*, **Madkins, T. C.**, & Kahveci, E. N. (2025). Culturally and linguistically sustaining formative assessment in science and engineering: Highlighting multilingual girls' linguistic, epistemic, and spatial brilliances. *Journal of the Learning Sciences*, 1–59. https://doi.org/10.1080/10508406.2025.2529170

Childs, J., Zarch, R., Dunton, S., **Madkins, T. C.**, *Trautmann, K.*, Taylor, Z. W., Jacobson, M. R., Ozturk, S., & Leftwich, A. (2024). Advancing equity and access: Addressing the "side effects" of broadening participation in computer science K-12 education. *Review of Research in Education*, *48*(1), 121-153. https://doi.org/10.3102/0091732X241286475

Young, J., Raygoza, M. C., **Madkins, T.,** Lawler, B., & Roberts, T. (2022). Revisiting urban mathematics education: Towards robust theoretical, conceptual, and analytical methods. *Journal of Urban Mathematics Education*, *15*(2), 1-7. https://doi.org/10.21423/jume-v15i2a511

**Madkins, T. C.,** & Restrepo Nazar, C. (2022). Theoretical perspectives for developing antiracist teaching dispositions and practices in preservice teacher education. *Science Education*, *106*(5), 1118-1134. https://doi.org/10.1002/sce.21757

Takeuchi, M., Kayumova, S., De Aurajo, Z. U., & **Madkins, T. C.** (2022). Going beyond #RetireELL: A call for anti-colonial approaches to language in STEM education. *Journal of Research in Science Teaching*, *59*(5), 876-879. https://doi.org/10.1002/tea.21764

**Madkins, T. C.** (2021). Recognizing and sustaining #BlackGirlMagic: Reimagining justice-oriented approaches in teacher education. *Occasional Paper Series*, *46*, Article 4, 23-35. https://educate.bankstreet.edu/occasional-paper-series/vol2021/iss46/4/

**Madkins, T. C.**, & Morton, K. (2021). Disrupting anti-Blackness with young learners in STEM: Strategies for elementary science and math teacher education. *Canadian Journal of Science, Mathematics, and Technology Education*, *21*(2), 239-256. https://doi.org/10.1007/s42330-021-00159-1

McKinney de Royston, M. R., **Madkins, T. C.**, Givens, J. R., & Nasir, N. S. (2021). "I'm a teacher, I'm gonna always protect you": Understanding Black teachers' protection of Black children. *American Educational Research Journal*, *58*(1), 68-106. https://doi.org/10.3102/0002831220921119

**Madkins, T. C.**, Howard, N. R., & Freed, N. (2020). Engaging equity pedagogies in computer science learning environments. *Journal of Computer Science Integration*, *3*(2), 1-27. https://doi.org/10.26716/jcsi.2020.03.2.1

**Madkins, T. C.**, & McKinney de Royston, M. R. (2019). Illuminating political clarity in science instruction. *Science Education*, *103*(6), 1319-1346. https://doi.org/10.1002/sce.21542

McKinney de Royston, M. R., & **Madkins, T. C.** (2019). A question of necessity or of equity? Full-service community schools and the (mis)education of Black youth. *Journal of Education for Students Placed at Risk (JESPAR)*, *24*(3), 244-271. https://doi.org/10.1080/10824669.2019.1615920

Kloser, M. J., Wilsey, M., **Madkins, T. C.**, & Windschitl, M. (2019). Connecting the dots: High school science teacher candidates' uptake of the core practice of facilitating sensemaking discussions from teacher education experiences. *Teaching and Teacher Education (TATE)*, *80*, 115-127. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6472534/pdf/main.pdf

Scott, A., Martin, A., McAlear, F., & **Madkins, T. C.** (2016, December). Broadening participation in computer science: Existing out-of-school initiatives and a case study. *ACM Inroads*, *7*(4), 84-90. https://doi.org/10.1145/2994153

ross, k. m., Nasir, N. S., Givens, J. R., McKinney de Royston, M. R., Vakil, S., **Madkins, T. C.**, & Philoxene, D. (2016). "I do this for every reason America doesn't want me to": African American male instructors' pedagogies of love and resistance. *Equity & Excellence in Education, 49*(1), 85-99. https://doi.org/10.1080/10665684.2015.1122678

**Madkins, T. C.** (2011). The Black teacher shortage: A literature review of historical and contemporary trends. *The Journal of Negro Education, 80*(3), 417–427. http://www.jstor.org/stable/41341143

**Articles in Peer-Reviewed Conference Proceedings**

Lee, H. H., **Madkins, T. C.**, & Hwang, W. (2023). "I'm not typically the type of person that takes the lead": Using physical computing to support identity development. *Proceedings of the 17th International Conference of the Learning Sciences*, ICLS 2023, Montreal, Canada, pp. 1446-1449. https://doi.org/10.22318/icls2023.784207

Howard, N. R., **Madkins, T. C.**, & White, S. (2022). Disrupting anti-Blackness while making room for Black girls and women in CS and tech. *Proceedings of the 53rd Association for Computing Machinery (ACM) Technical Symposium on Computer Science Education, 2*, New Orleans, LA, 1194. https://doi.org/10.1145/3478432.3499193

Davis, K., White, S., **Madkins, T. C.**, & Sobomehin, O. (2021). Reimagining equitable computer science education: Culturally relevant computing in practice. *Proceedings of the 52nd ACM Technical Symposium on Computer Science Education*, Virtual because of COVID, pp. 608-609. https://doi.org/10.1145/3408877.3432578

**Madkins, T. C.**, Martin, A., Ryoo, J., Scott, K. A., Goode, J., Scott, A., & McAlear, F. (2019). Culturally relevant computer science pedagogy: From theory to practice. *2019 Research on Equity and Sustained Participation in Engineering, Computing, and Technology (RESPECT) Proceedings*, Minneapolis, MN, 1-4. https://doi.org/10.1109/RESPECT46404.2019.8985773

**Book Chapters & Other Works**

**Madkins, T. C.**, & Howard, N. R. (2023). Engaging culturally relevant and responsive pedagogies in computer science learning environments. In S. Sentence, N. R. Howard, E. Barendsen, C. Schulte (Eds.), *Computer science education: Perspectives on teaching and learning in school (2nd edition).* Bloomsbury.

**Madkins, T. C.**, & Howard, N. R. (2021). Equity-focused teaching in K-12 CS: Strategies for teachers, teacher educators, and districts. *Raspberry Pi Foundation Seminar Proceedings*, 11–17. Available at: https://www.raspberrypi.org/app/uploads/2021/12/Understanding-computing-education-Volume-2-Raspberry-Pi-Foundation-Research-Seminars.pdf

**Madkins, T. C.,** Thomas, J. O., Solyom, J., Goode, J., & McAlear, F. (2020). Learner-centered and culturally relevant pedagogy. In S. Grover (Ed.), *Computer science in K-12: An A-to-Z handbook on teaching programming* (pp. 125-129). Looking Glass Ventures.

McKinney de Royston, M. R., & **Madkins, T. C.** (2020). A question of necessity or of equity? Full-service community schools and the (mis)education of Black youth. In M. G. Sanders & C. Galindo (Eds.), *Reviewing the Success of Full-Service Community Schools in the US* (pp. 63-97). Routledge. https://doi.org/10.4324/9781003010388

**Madkins, T. C.**, & Nasir, N. S. (2019). Building on students' cultural practices in STEM. In I. M. Gárcia-Sánchez & M. Faulstich Orellaña, (Eds.), *Language and Cultural Practices in Communities and Schools Bridging Learning for Students from Non-Dominant Groups* (pp. 59-75). Routledge.