# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF TEXAS AT AUSTIN, *et al.*<br>Defendants. | Civil Action No. 1:25-cv-596 |

## STIPULATION OF DISMISSAL

Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the following:

1. This case concerns a study funded by the National Science Foundation and conducted by UT Austin, award number 2140904 (the "UT Study"), which examined how Black undergraduate STEM students' conceptions of Blackness vary as it relates to their engagement and perspectives in STEM education. As part of the UT Study's data-collection process, Defendant researchers offered Texas undergraduate students who identified as Black and were in a STEM field a $40 gift card in exchange for participating in a one-hour focus group. Doc. 11 at 10.

2. The American Alliance for Equal Rights filed this suit on April 21, 2025, alleging racial discrimination in violation of the Fourteenth Amendment, Title VI, and 42 U.S.C. §1981.

3. After this suit was filed, Defendants informed the Alliance that, on April 18, 2025, the National Science Foundation terminated the funding award for the UT Study with immediate effect. Doc. 11 at 10.

4. On May 19, 2025, UT Austin notified the Texas Attorney General that it would not be appealing NSF's termination.

5. The challenged data collection for the now-terminated UT Study has concluded. Defendants will not reopen the terminated UT Study or conduct any additional focus groups or eligibility surveys as part of the UT Study. Defendant researchers who collected data pursuant to the UT Study prior to the NSF's termination of the UT Study may use and analyze such data collected for academic and scholarly purposes, including publication(s) and other work product(s). Such use or analysis of previously collected data shall not constitute a reopening of the UT Study.

6. The parties acknowledge this stipulation is intended to clarify that the resolution of this case is limited to the UT Study and shall not be interpreted or construed to affect, limit, or extend to any other research activities or projects conducted by UT Austin not part of the UT Study.

7. This case is hereby dismissed, with each side to bear its own fees and costs.

Dated: December 9, 2025

Respectfully submitted,

*<u>/s/ Darren G. Gibson</u>*
Darren G. Gibson
State Bar No. 24068846
Ryder F. Smith
State Bar No. 24117210
MICHAEL BEST & FRIEDRICH LLP
515 Congress Avenue, Suite 2500
Austin, Texas 78701
Telephone: 512.320.0601
Facsimile: 512.640.3170
Darren.Gibson@michaelbest.com
Ryder.Smith@michaelbest.com

*Counsel for Defendants*

*<u>/s/ Cameron T. Norris</u>*
Cameron T. Norris
(TN Bar No. 33467)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22201
(703) 243-9423
cam@consovoymccarthy.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I filed this stipulation on the Court's e-filing system, which will email everyone requiring notice.

Dated: December 9, 2025 *<u>/s/ Cameron T. Norris</u>*