IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br>   *Plaintiff,*<br><br>v.<br><br>THE UNIVERSITY OF TEXAS AT AUSTIN, et al.,<br>   *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 1:25-CV-596 |

### ORDER

On December 9, 2025, Plaintiff, AMERICAN ALLIANCE FOR EQUAL RIGHTS, and Defendants, THE UNIVERSITY OF TEXAS AT AUSTIN, et al., filed a joint stipulation for dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 17.

In light of the dismissal stipulation, this court no longer has jurisdiction over this action. "The court lost jurisdiction when the parties voluntarily dismissed the entire suit under Rule 41(a)(1)(A)(ii)." *Def. Distributed v. United States Dep't of State*, 947 F.3d 870, 872 (5th Cir. 2020). A stipulation of dismissal dismisses the action "without a court order." *Id.* at 873 (quoting FED. R. CIV. P. 41(a)(1)(A)(ii)). Accordingly, the Clerk's Office is directed to **CLOSE** this case.

SIGNED ON DECEMBER 10, 2025.

                _____
                ALAN D ALBRIGHT
                UNITED STATES DISTRICT JUDGE